UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MAXIMILIANO ADEMIR CORONADO TIPIAN,

Petitioner,

v.

OTAY MESA DETENTION CENTER, Director, et al.,

Respondents.

Case No.:  3:26-cv-1178-CAB-MSB

**ORDER GRANTING A WRIT OF HABEAS CORPUS**

Pending before the Court is Petitioner Maximiliano Ademir Coronado Tipian's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner alleges that he entered the United States in October 2023 seeking asylum, was released to continue his immigration proceedings outside detention, and then was re-detained by Immigration and Customs Enforcement ("ICE") on July 3, 2025 upon exiting his immigration hearing. [*Id.* at 2.] On January 7, 2026, an immigration judge denied asylum and ordered Petitioner removed. [*Id.*] Petitioner has appealed that decision to the Board of Immigration Appeals. [*Id.*] Petitioner claims that his detention violates the Fourth, Fifth, and Eighth Amendments and seeks immediate release or a prompt bond hearing. [*Id.* at 2–4.]

1

3:26-cv-1178-CAB-MSB

Respondents do not contest any of Petitioner's asserted facts.  [Doc. No. 5.]  Nor do Respondents make any legal arguments against Petitioner's claims that his detention violates the Due Process Clause of the Fifth Amendment.  [*See id.*; *see also* Petition at 2–3.]  Instead, Respondents say that Petitioner is entitled to an order from this Court directing that a bond hearing be held pursuant to 8 U.S.C. § 1226(a) and the final judgment in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3289861 (C.D. Cal. Nov. 20, 2025).  [Doc. No. 5 at 2.]  Petitioner replies that waiting fourteen days for a bond hearing is unreasonable under the circumstances of his prolonged detention and immediate release is appropriate.  [Doc. No. 6 at 1–2.]

In light of Petitioner's unrefuted facts and legal claim under the Fifth Amendment, the Court **GRANTS** a writ of habeas corpus based on the reasoning the Court has articulated in similar cases.  *E.g.*, *Tokhi v. LaRose, et al.*, Case No. 3:26-cv-0803-CAB-VET (S.D. Cal. Feb 19, 2026).  The Court therefore **ORDERS** Respondents to immediately release Petitioner under the same conditions of release that existed immediately prior to his July 3, 2025 re-detention.  The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: March 17, 2026

Hon. Cathy Ann Bencivengo
United States District Judge